IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA GREENHILL            :
2059 Huntington Avenue    :
Apartment 815             :
Alexandria, VA 22303      :
                          :
    Plaintiff,         :
                          :
v.                        :
                          :
UNITED STATES OF AMERICA  :
SERVE:                    :
    William Barr, Esquire :
    Attorney General of the :
    United States      : Case No.:
    U.S. Department of Justice :
    950 Pennsylvania Avenue, N.W. :
    Washington, DC 20530 :
                          :
and                       :
                          :
Jessie K. Liu, Esquire    :
c/o Civil Process Clerk   :
United States Attorney's  :
Office                    :
555 Fourth Street., N.W.  :
Washington, DC 20530      :
                          :
    Defendant.         :
                          :

## COMPLAINT

COMES NOW the Plaintiff, Lisa Greenhill, by and through her attorneys, Allan M. Siegel, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully represents as follows:

## INTRODUCTION

1.   This Court has jurisdiction over the within cause of action pursuant to the Federal Tort Claims Act (FTCA) and due to the fact that the incident at issue occurred in the District of Columbia.

2.   On or about March 19, 2019, Plaintiffs filed a Standard Form 95 claim with the Office of General Counsel for the Federal Bureau of Investigation, pursuant to 28 U.S.C. §2675(a), a copy of which is attached hereto as Exhibit 1.

## COUNT I

3.   On or about July 18, 2017, Plaintiff Lisa Greenhill was operating a motor vehicle proceeding northbound on I-395, in the 3rd Street Tunnel, at or near its intersection with D Street, N.W., in the District of Columbia.

4.   At said time and place, Jeremy Morris was operating a motor vehicle owned by Defendant United States of America (hereinafter "U.S.A."), with the express permission and consent of Defendant U.S.A., and/or as the agent, servant, and/or employee of Defendant U.S.A., acting within the course and scope of his employment. Jeremy Morris was operating a motor vehicle proceeding directly behind the Plaintiff's vehicle, northbound on I-395, in the 3rd Street Tunnel, at or near its intersection with D Street, N.W., in the District of Columbia.

5. At said time and place, Jeremy Morris negligently operated his vehicle in such a manner as to cause it to strike the rear of the Plaintiff's vehicle, which was lawfully and properly slowing for traffic on said roadway.

6. At all relevant times mentioned herein, Defendant U.S.A., acting by and through its driver, Jeremy Morris, owed a continuing duty to operate its vehicle in a reasonable and prudent manner, with due regard to other persons then and there lawfully upon said roadway, such as Plaintiff.

7. Defendant U.S.A., acting by and through its driver, Jeremy Morris, breached the duties owed to the Plaintiff, Lisa Greenhill. The collision referred to herein was caused by the negligence of Jeremy Morris who, <u>inter alia</u>, failed to maintain a proper distance between the vehicle he was operating and the Plaintiff's vehicle, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate the U.S.A. vehicle at a safe and reasonable speed, failed to maintain control of the U.S.A. vehicle, failed to operate the U.S.A. vehicle so as to avoid a collision, and failed to obey the rules and regulations of the District of Columbia, then and there in full force and effect. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

8. As a direct and proximate result of the aforesaid negligence, Plaintiff Lisa Greenhill suffered injuries and damages, including, but not limited to: traumatic brain injury causing post-traumatic headaches, dizziness, and nausea; and cervical and lumbar spine strain; she has incurred and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered and will in the future suffer a loss of earnings and/or earning capacity; she has incurred expenses to repair property damage to her vehicle and rental car expenses; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Lisa Greenhill demands judgment of and against Defendant United States of America in the full amount of Five Hundred and Three Thousand Dollars ($503,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

*/s/Allan M. Siegel*
Allan M. Siegel
D.C. Bar No.: 447705
1232 17th Street, N.W.
Washington, DC 20036
Tel: 202-659-8600
Fax: 202-659-8680
siegel@dc-law.net
*Attorneys for Plaintiff*